No. 04-44. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. *v.* RAMSEY. Ct. App. Mo., Eastern Dist. Motion of Associa-

tion of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.